# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3797

_____

Dorisene Anderson,

        Appellant,

v.

Target Corporation,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Minnesota.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: March 3, 2008
Filed: March 10, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Dorisene Anderson appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action against her former employer, Target Corporation. Having carefully reviewed the record and considered Anderson's arguments, we find no basis for reversal. See Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.